UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/27/26
```

| | |
|---|---|
| JESSICA DE LA ROSA, | |
| Plaintiff, | 26-CV-00626 (VSB) (BCM) |
| -against- | **ORDER** |
| 127-129 ORCHARD ST. LLC and FOURTHGEN, LLC, | |
| Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

Due to a conflict in the Court's schedule, the discovery conference scheduled for May 18, 2026 will begin at **12:00 p.m.**, instead of 11:00 a.m.

Dated: New York, New York
April 27, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**