USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/07/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA DE LA ROSA,

Plaintiff,

-against-

127-129 ORCHARD ORCHART ST. LLC and FOURTHGEN, LLC,

Defendants.

26-CV-626 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed during today's status conference, the discovery schedule forth in the Initial Case Management Order (ICMC Order) (Dkt. 23) is EXTENDED as follows:

1. Defendant Fourthgen, LLC must serve its initial requests for production of documents and any initial interrogatories (in compliance with Local Rule 33.3(a)) no later than **October 16, 2026**. No further extensions of this deadline will be granted.

2. Plaintiff must promptly identify, by request number, the specific affirmative defense-related written discovery requests for which he requires a response prior to the parties' mediation. Defendants must respond to those requests no later than **November 2, 2026**.

3. Disclosure of defendants' expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), must be made no later than **November 9, 2026**.

4. All fact discovery must be completed no later than **December 15, 2026**.

5. The parties must submit a joint status letter outlining the outcome of their mediation and continuing settlement efforts, and the progress of discovery to date, no later than **December 16, 2026**.

Except as modified herein, the ICMC Order remains in effect.

Dated: New York, New York
October 7, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**